# United States District Court
## For The Western District of North Carolina
## Statesville Division

DAGOBERTO SANTAMARIA FLORES,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                         5:07CV93-1-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 5, 2007 Order.

                                            Signed: October 5, 2007

                                            Frank G. Johns, Clerk
                                            United States District Court